## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Update Music, Corp. and Roberto Martinez Lebron,<br><br>**Plaintiffs**<br><br>vs.<br><br>Carlos Efren Reyes Rosado p/k/a "Farruko", Kairy Lopez, and the Reyes-Lopez conjugal partnership; Carbon Fiber Music, Inc.; Corporations A, B & C; Insurance Companies X, Y & Z; William Doe and Mary Doe,<br><br>**Defendants** | Case Number: 24-1045 (SCC)<br><br>Breach of Contract<br><br>Jury Trial is Demanded. |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

**COME NOW** the Plaintiffs, Update Music, Corp. and Roberto Martinez Lebron, through the undersigned attorneys, and very respectfully state, allege, and pray as follows:

Jane Becker Whitaker appears on behalf of Plaintiffs.

**WHEREFORE**, Plaintiffs respectfully requests that this Honorable Court accept the appearance of Jane Becker Whitaker on behalf of Plaintiffs, Update Music, Corp. and Roberto Martinez Lebron.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on January 31, 2024.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914

1

San Juan, PR 00902-3914
Tel. (787) 585-3824
E-mail: janebeckerwhitaker@gmail.com

S/Jean Paul Vissepó Garriga/
**JEAN PAUL VISSEPÓ GARRIGA**
USDC No. 221504

PO Box 367116
San Juan, PR 00936-7116
Tel. (787) 633-9601 / E-mail: jp@vissepolaw.com