IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROBERTO MARTINEZ LEBRON AND UPDATE MUSIC, CORP., <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS EFREN REYES ROSADO, ET AL., <br><br> Defendants. | CIV. NO.: 24-1045 (SCC) |

**JUDGMENT**

In view of the Opinion and Order at Docket No. 33, this case is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of January 2025.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE